THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. BRUNO KOZIOL, Defendant-Appellant.

(No. 72-144;

Second District—April 24, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Paul Bradley, of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, (James W. Jerz, of counsel,) for the People.